**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01616-CV

**LONE STAR ENGINE INSTALLATION CENTER, INC., ET AL., Appellants**

**V.**

**BRENDA GONZALES, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15035**

## ORDER

We **GRANT** appellants' June 10, 2015 motion for an extension of time to file a brief.

Appellants shall file a brief by **JUNE 15, 2015**.

/s/     ELIZABETH LANG-MIERS
             JUSTICE